UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TYLER SCOTT NORMAN,

                    Plaintiff

    v.

WASHOE COUNTY,

                    Defendant

Case No. 3:26-CV-00251-ART-CLB

**ORDER**

On April 9, 2026, *pro se* plaintiff Tyler Scott Norman, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff did not pay the full $405 filing fee for this matter or file an application to proceed *in forma pauperis*. (*See* ECF No. 1). The Court will grant Plaintiff an extension of time to correct this defect **by June 15, 2026**.

**I.    DISCUSSION**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis*

status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

**II.    CONCLUSION**

**IT IS THEREFORE ORDERED** that Plaintiff has **until June 15, 2026**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three of the following required documents:

(i) a completed application with the inmate's two signatures on page 3,

(ii) a completed financial certificate that is signed both by the inmate and the prison or jail official, and

(iii) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **SEND** Plaintiff this Court's approved form application to proceed *in forma pauperis* for an inmate with instructions.

**DATED**: April 13, 2026

_____
UNITED STATES MAGISTRATE JUDGE